## TIOGA STREET—RICH'S APPEAL.

Appeal, No. 213, Oct. T., 1892, by Martha K. Rich, from decree of C. P. No. 3, Allegheny Co., Feb. T., 1892, No. 187, dismissing exceptions to report of viewers. Argued with preceding case.

*M. A. Woodward*, for appellant.

*W. C. Moreland*, for appellee.

OPINION BY MR. JUSTICE WILLIAMS, Jan. 3, 1893:

This case presents the same questions as Wilson's Appeal in re Shiloh street, just disposed of, and is ruled by it.

The decree is set aside at the costs of the appellee and a procedendo awarded.